FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KANDIE L.,[1] <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:23-CV-03031-SAB <br><br> **ORDER GRANTING STIPULATED REMAND** |

Before the Court is the parties' Stipulated Motion For Remand, ECF No. 15. Plaintiff is represented by D. James Tree. Defendant is represented by Heidi Triesch, Sarah Moum, and Brian Donovan.

The parties stipulate and agreed that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion For Remand, ECF No. 15, is **GRANTED**.

2. The decision of the Commissioner is reversed and remanded. On remand,

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER GRANTING STIPULATED REMAND** ~ 1

the Administrative Law Judge will further evaluate the persuasiveness of the medical opinion evidence; continue through the sequential evaluation process, reassessing the RFC, reevaluating the claimant's subjective symptom complaints, and obtaining supplemental vocational expert testimony, as necessary; and offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

      3. After judgment, Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

      4. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 21st day of August 2023.



                        Stanley A. Bastian
                 Chief United States District Judge

**ORDER GRANTING STIPULATED REMAND** ~ 2